193 So. 893
Willis SHROPSHIRE v. STATE.
7 Div. 483.

Court of Appeals of Alabama.
Jan. 16, 1940.
Application for Rehearing Stricken
Jan. 30, 1940.

Rains & Rains, of Gadsden, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

199 So. 915
Roy SIMPSON v. CITY OF TUSCALOOSA.
6 Div. 672.

Court of Appeals of Alabama.
Nov. 28, 1940.

PER CURIAM.
Appeal dismissed, want of prosecution.

193 So. 893
Jim, alias James, SIMPSON v. STATE.
6 Div. 476.

Court of Appeals of Alabama.
Jan. 9, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

199 So. 915
Glensey SIMS v. STATE.
6 Div. 723.

Court of Appeals of Alabama.
Dec. 17, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

192 So. 922
Jim, alias Henry, SKINNER v. STATE.
4 Div. 521.

Court of Appeals of Alabama.
Nov. 21, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed.

193 So. 893
Will SLATTON v. CITY OF HUNTSVILLE.
8 Div. 897.

Court of Appeals of Alabama.
Jan. 18, 1940.

PER CURIAM.
Appeal dismissed for want of prosecution.